Jason S. Roberts, Esq. (CSB #221978)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  jroberts@schuckitlaw.com
Counsel for Defendant
TRANS UNION, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FATE HAGOOD,<br>         Plaintiff,<br><br>    vs.<br><br>TRANSUNION, LLC,<br>         Defendant. | CASE NO. 3:21-cv-08016-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Fate Hagood, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: February 21, 2022

s/Alejandro E. Figueroa, Esq. (with consent)
Alejandro E. Figueroa, Esq.
Sulaiman Law Group, Ltd
2500 S Highland Ave., Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181, Ext. 120
Fax: (630) 575-8188
E-Mail: alejandrof@sulaimanlaw.com

*Counsel for Plaintiff Fate Hagood*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC – 3:21-CV-08016-EMC**

| | |
|---|---|
| Date: <u>February 21, 2022</u> | s/Jason S. Roberts, Esq.<br>Jason S. Roberts (SBN 221978)<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>Telephone: (317) 363-2400<br>Fax: (317) 363-2257<br>E-Mail: jroberts@schuckitlaw.com<br><br>*Counsel for Defendant Trans Union, LLC*<br><br>*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Fate Hagood and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:   February 25, 2022          _____
                                                                JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Alejandro E. Figueroa, Esq.<br>alejandrof@sulaimanlaw.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC – 3:21-CV-08016-EMC**